

Priority ✗
Send ✗
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT-EUGENE SCHAEFER, etc., <br><br> Plaintiff, <br><br> v. <br><br> THE COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. CV 98-10295-MMM (EE) <br><br> FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

This Final Report and Recommendation and the attached Report and Recommendation ("reports") are submitted to the Honorable Margaret M. Morrow, United States District Judge, pursuant to 28 U.S.C. § 636.

On May 5, 2000, the Clerk filed Report and Recommendation of United States Magistrate Judge, together with a notice of filing thereof. Both were served on the parties. The Report and Recommendation recommended that the action be dismissed without prejudice to plaintiff's commencing a new action if he is successful in overturning his criminal conviction.

The notice of filing specifically advised plaintiff that failure to object within the time limit specified "shall be deemed a consent

ENTER ON ICMS
JUL 28 2000

to the recommendation and a waiver of any appeal." To date, no objections have been filed.

IT IS THEREFORE THE FINAL RECOMMENDATION that the Court accept and adopt the findings and recommendations in these reports, grant defendants' motion to dismiss, and dismiss the action without prejudice to plaintiff's commencing a new action if he is successful in overturning his criminal conviction.

Dated: June 14, 2000

Elgin Edwards
United States Magistrate Judge